# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER BADOWSKI, | ) |
| | ) CIVIL ACTION: 1:15-cv-00204-CCC |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PJD ENTERTAINMENT, | ) |
| INC. d/b/a/ SAVANNAH'S | ) |
| ON HANNA | ) |
| | ) *ELECTRONICALLY FILED* |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, JENNIFER BADOWSKI, and Defendant, PJD ENTERTAINMENT, INC. d/b/a/ SAVANNAH'S ON HANNA by their undersigned counsel, and pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party to bear their own costs.

Respectfully Submitted,

| | |
|---|---|
| /s/ Derrek W. Cummings | /s/ Solomon Z. Krevsky |
| Derrek W. Cummings | Solomon Z. Krevsky, Esquire |
| dcummings@mwcfirm.com | szk@clark-krevskylaw.com |
| McCarthy Weisberg Cummings, P.C. | CLARK & KREVSKY, LLC |
| 2041 Herr Street | 305 North Front St, 6th Floor |
| Harrisburg, PA 17103-1624 | Lemoyne, PA 17043 |
| Tel: 717-260-3646 | Tel: (717) 731-8600 |
| Fax: 717-233-8133 | Fax: (717) 731-4764 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date applied by the Court's ECF filing system, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

                                                By: /s/ Derrek W. Cummings
                                                      Derrek W. Cummings